IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT

UNITED STATES OF AMERICA     )
     )
     )
     )     No. 5:07 CR 35-BO
     vs.     )
     )
MICHAEL JEROME THOMPSON,     )     <u>ORDER</u>
     )
     Defendant     )

Dr. Moira F. Artigues of Cary was appointed as an independent psychiatric examiner on May 10, 2011. She evaluated the defendant and made her report. Her CJA 21 voucher, submitted July 5, 2011, is approved in the total amount of $1332.57.

IT IS SO ORDERED.

This *12* day of August 2012

_____
United States District Judge